Palaxar LLP et al. v. Amodeo, et. al
No. 14-14745 - C

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

U.S. COURT OF APPEALS
RECEIVED
CLERK
DEC 0 1 2014

| | |
|---|---|
| Frank Louis Amodeo, | (Intervenor-Appellant) |
| The Honorable John Antoon II, | U.S. District Judge |
| AQMI Strategy Corporation, | Defendant-Appellee |
| Balch and Bingham, LLP, | Defendant-Appellee |
| Aaron Bates, Esquire, | Defendant-Appellee |
| Broad and Cassel, P.A., | Defendant-Appellee |
| John Russell Campbell, Esquire, | Defendant-Appellee |
| Edith Curry, Esquire, | (3rd Party Defendant-Pending |
| Robert W. Cuthill, Jr., | Defendant-Appellee |
| Ali McLean, Esquire, | Defendant-Appellee |
| Scott Goldberg, Esquire, | Defendant-Appellee |
| Elizabeth Green, Esquire, | Defendant-Appellee |
| Jodi Donaldson Jaimen, | Defendant-Appellee |
| Roy Kobert, Esquire, | Defendant-Appellee |
| Eric Langly, Esquire, | Defendant-Appellee |
| Latham, Shuber, Eden, & Bueadine, LLP, | Defendant-Appellee |
| Maher Law Firm, P.A., | Defendant-Appellee |
| Michael C. Maher, Esquire, | Defendant-Appellee |
| Matthew Mokwa, Esquire, | Defendant-Appellee |
| Nexia Strategy Corporation, | Defendant-Appellee |
| Todd Norman, Esquire, | Defendant-Appellee |
| Robert O'Malley, | Defendant-Appellee |
| Lindsay Reese, Esquire, | Defendant-Appellee |
| Scott Shuker, Esquire, | Defendant-Appellee |
| Harrison T. Slaughter, Esquire, | Defendant-Appellee |
| Jay Stollenwerk, | Defendant-Appellee |
| Shane Williams, | Defendant-Appellee |
| Nicolette Vilmas, | Defendant-Appellee |
| Palaxar Group, LLC, | Appellant-Plaintiff |
| Palaxar Holdings, LLC, | Appellant-Plaintiff |
| United States of America. | (3rd Party Defendant-Pending) |

Frank L. Amodeo individually
and on behalf of AQMI Strategy Corporation
and Nexia Strategy Corporation

11/21/14