# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

CASE NO. 14-14745

| | |
|---|---|
| PALAXAR GROUP, LLC et al. | ) |
|     Appellants, | ) |
| v. | ) |
| | ) |
| SHANE WILLIAMS, et al. | ) |
|     Appellees | ) |

## RESPONSE TO JURISDICTIONAL QUESTION
## REGARDING FRANK AMODEO

COME NOW the Appellants Palaxar Group, LLC and Palaxar Holdings, LLC (hereinafter "Palaxar"), by counsel, pursuant to Federal Rules of Appellate Procedure 27 and local Rules of the Eleventh Circuit Court of Appeals and submit their Response to Jurisdictional Question as to non-party Frank Amodeo ("Amodeo") and states as follows:

1.      The Court issued a Jurisdictional Question and invited responses thereto by parties to the appeal, said responses to be filed on or before February 17, 2015.

2.      Amodeo is not (i) a party to this matter, (ii) a licensed attorney in any state, or the District of Columbia, or (iii) admitted to practice before this or any Court.   Therefore, Mr. Amodeo is not entitled to the relief he is requesting of this Court: he lacks standing and therefore there is no jurisdiction in this Court.

3.      On March 19, 2014, the United States District Court, Eastern District of Virginia entered an Entry of Default as to Defendants AQMI Corporation and Nexia Strategy Corporation. [ECF 138, 139].

4.      On April 25, 2014, Amodeo, a non-party, filed a *Motion to Appoint a Guardian Ad Litem or Prochiem Ami to Represent Frank L. Amodeo as Successor-in-Interest to AQMI*

1

*Strategy Corporation* [ECF 144]. Palaxar timely filed its *Motion to Strike and Memorandum of Law* [ECF 145-147].

5. On June 27, 2014 Amodeo filed successive *Motions* [ECF 221, 222, and 223], which Palaxar *Opposed* [ECF 227].

6. On August 12, 2014, the United States District Court Florida granted Plaintiffs' *Motions* [ECF 145-147, 227] and Amodeo's filings [ECF 144, 222, 221 and 223] were stricken from the record. [ECF 241].

7. On September 18, 2014, the United States District Court ruled "*Amodeo has no standing to act on behalf of AQMI or Nexia, and there is no basis for him to intervene in this lawsuit on his own behalf or on behalf of those corporations. Amodeo remains a non-party to this case.*" [ECF 251 – attached as Exhibit A.]

8. Moreover, the Court will not reconsider a previous ruling when a "party's motion fails to raise new issues and, instead, only re-litigates what has already been found lacking." *Lamar Adver. of Mobile, Inc.,* 189 F.R.D. at 489 (citing *Gov't Pers. Serv., Inc. v. Gov't Pers. Mut. Life Ins. Co.,* 759 F.Supp. 792, 793 (M.D.Fla.1991)). "The decision to alter or amend judgment is committed to the sound discretion of the district judge and will not be overturned on appeal absent an abuse of discretion." *See Am. Home Assurance Co.,* 763 F.2d at 1238-39 (internal citations omitted).

9. The Court has already determined that Amodeo is not a party to this matter. [ECF 241 at pg. 3, 4, and ECF 251.], and the Court therefore lacks jurisdiction. It further held that *Local Rule* 2.02 and *Local Rule* 2.03(e) prohibit Amodeo's representation of AQMI and Nexia as Amodeo is not an attorney licensed to practice and not admitted to this or any Court. Amodeo has neither offered new facts, issues nor arguments that that support the Court's

2

reconsideration of its prior rulings.

WHEREFORE, for the reasons set forth herein, Palaxar respectfully requests that this Court deny non-party Amodeo's motion(s) for lack of standing.

        PALAXAR GROUP, LLC
        PALAXAR HOLDINGS, LLC

        /s/Darren Marshall Hart
        Darren Marshall Hart, Esq.
        VSB No. 36794
        HART & ASSOC., P.C.
        9025 Forrest Hill Avenue, 1st Floor
        Richmond, VA 23221
        804-673-9339 - Phone
        804-673-9969 - Fax
        Info@Richmond-Law.com

        Richard J. Knapp, Esq.
        VSB No. 15834
        RICHARD J. KNAPP, P.C.
        2800 Patterson Avenue, Suite 101
        Richmond, VA 23221
        804-377-8848 - Phone
        804-377-8851 - Fax
        Richard@RKnappesq.com

        Jonathan D. Kaney, III, Esq.
        FSB No. 23426
        Kaney & Olivari, PL
        55 Seton Trail
        Ormond Beach, FL 32176
        386/675-0691-0691
        386/672-7003 (fax)
        jake@kaneyolivari.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on February 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system and I will provide notice, via first class mail to non-party Mr. Amodeo at:

Frank L. Amodeo
48883-018
FCC-Low Unit B-3
P.O. Box 1031
Coleman, FL 33521-1031

                                            /s/Darren Marshall Hart

                                            Darren Marshall Hart, Esq
                                            Counsel for PALAXAR GROUP, LLC
                                            PALAXAR HOLDINGS, LLC

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

PALAXAR GROUP, LLC, et al.

    Appellants,

Appeal Number: 14-14745
District Court No: 6:14-cv-00758-JA-GJK

v.

SHANE WILLIAMS, et al.

    Appellees.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following, pursuant to F.R.A.P 26.1 and 11th Cir. R. 26.1-1, names of the trial judge, all attorneys, persons, association of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% of more of the party's stock and other identifiable legal entities related to a party in the case:

- Amodeo, Frank L.

- Antoon, Honorable Jon II (Florida Middle District Court-Orlando Division)

- AQMI Strategy Corporation

- Balch & Bingham, LLP (named defendant and counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)

- Bates, Aaron Carter

- Bredahl, Christina (counsel for Robe1i O'Malley)

- Broad and Cassell, P.A.

- Campbell, John Russell

- Charpentier Law Firm (counsel for Michael C. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, P.A.)

- Charpentier, Stephen G. (counsel for Michael C. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, P.A.)

- Cho, MinK. (counsel for Robert W. Cuthill, Jr.)

- Christian Barton, LLP (counsel for Allen McLean Estes, Jolm Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)

- Chu, Terrence

- Cohen, Loren H. (counsel for Roy Kobert, Todd Norman, Nicolette Vihnos, and Broad & Cassell, PA.)

- Cole, Scott & Kissane, PA (counsel for Robert O'Malley)

- Criser, Mark J. (counsel for Scott Shuker, Elizabeth Green, and Latham, Shuker, Eden & Beaudine, LLP)

- Curry, Edith

- Cuthill, Robe1i W. Jr.

- Estes, Allen McLean

- Goldberg, Scott M.

- Goldberg, Scott Marshall (counsel for Scott M. Goldberg)

- Green, Elizabeth

- Gregory, Geremy Walden (counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)

- Hart & Assoc., P.C. (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)

- Hart, Darren Marshall (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)

- Hetz, Jones & Goldberg, LLC (counsel for Scott M. Goldberg)

- Hill Ward Henderson, PA (counsel for Scott Shuker, Elizabeth Green, and Latham, Shuker, Eden & Beaudine, LLP)

- Holland & Knight, LLP (counsel for Robert W. Cuthill, Jr.)

- Jaiman, Jodi Donaldson

- Kaney & Olivari, P.L. (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)

- Kaney, Jonathan D. III (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)

- Kelly, Magistrate Judge Gregory J. (Florida Middle District Comt- Orlando Division)

- Knapp, Richard J., PC (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)

- Knapp, Richard John (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)

- Kober!, Roy

- Lacy, David Brendan (counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)

- Langley, Eric

- Latham, Shuker, Eden & Beaudine, LLP

- Ligon Law Group (counsel for Shane Williams, Jay Stollenwerk and Jodi Donaldson Jaiman)

- Ligon, Shmmon Alexis (counsel for Shane Willimns, Jay Stollenwerk and Jodi Donaldson Jaiman)

- Maher Law Firm, PA

- Maher, Michael C.

- Mitrani, Isaac Jaime (counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad & Cassell, PA.)

- Mitrani, Rynor, Adamsky & Toland, PA (counsel for Roy Kobeti, Todd Norman, Nicolette Vilmos, and Broad & Cassell, PA.)

- Mowka, Matthew Scott

- Nexia Strategy Corporation

- Norman, Todd

- O'Malley, Robert

- Palaxar Group, LLC, a Virginia Limited Liability Company

- Palaxar Holdings, LLC, a Virginia Limited Liability Company

- Reese, Lindsay

- Ruttinger, Patrick Ryan (counsel for Robert O'Malley)

- Sands, Kenton V. (counsel for Harrison T. Slaughter, Jr.)

- Sands, White & Sands, PA (counsel for Harrison T. Slaughter, Jr.)

- Shuker, Scott

- Slaughter, Harrison T., Jr.

- Smith, Michael W. (counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)

- Stollenwerk, Jay

- Vilmos, Nicolette

- Waggoner, Dennis Parker (counsel for Scott Shuker, Elizabeth Green, and Latham, Shuker, Eden & Beaudine, LLP)

- Whelan, Dennis J., PC (counsel for Michael D. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, PA)

- Whelan, Dennis Joseph III (counsel for Michael C. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, PA)

- Williams, Shane

- Wilson, William B. Esq. (counsel for Robe1t W. Cuthill, Jr.)

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.  The name of every other entity which is likely to be an active pmticipant in the proceedings, including the debtor and members of the creditors' committee (or if no other creditor' committee the 20 largest unsecured creditors) in bankruptcy cases:

    None.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None.

PALAXAR GROUP, LLC
PALAXAR HOLDINGS, LLC

/s/Darren Marshall Hart
Darren Marshall Hart, Esq.
VSB No. 36794
HART & ASSOC., P.C.
9025 Forrest Hill Avenue, 1st Floor
Richmond, VA 23221
804-673-9339 - Phone
804-673-9969 - Fax
**Info@Richmond-Law.com**


Richard J. Knapp, Esq.
VSB No. 15834
RICHARD J. KNAPP, P.C.
2800 Patterson Avenue, Suite 101
Richmond, VA 23221
804-377-8848 - Phone
804-377-8851 - Fax
**Richard@RKnappesq.com**


Jonathan D. Kaney, III, Esq.
FSB No. 23426
Kaney & Olivari, PL
55 Seton Trail
Ormond Beach, FL 32176
386/675-0691-0691
386/672-7003 (fax)
**jake@kaneyolivari.com**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on February 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel who are subscribed to the CM/ECF system and I will provide notice, via first class mail to non-party Mr. Amodeo at:

Frank L. Amodeo
48883-018
FCC-Low Unit B-3
P.O. Box 1031
Coleman, FL 33521-1031

      /s/Darren Marshall Hart
      Darren Marshall Hart, Esq.
      VSB No. 36794
      HART & ASSOC., P.C.
      9025 Forrest Hill Avenue, 1st Floor
      Richmond, VA 23221
      804-673-9339 - Phone
      804-673-9969 - Fax
      Info@Richmond-Law.com
      Counsel for PALAXAR GROUP, LLC
      PALAXAR HOLDINGS, LLC

2