UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

PALAXAR GROUP, LLC, et al.

  Appellants,        Appeal Number: 14-14745-C
                 District Court No: 6:14-cv-00758-JA-GJK

v.

FRANK AMODEO,

  Appellees.
_____/

## AMENDED CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

  I hereby disclose the following, pursuant to F.R.A.P 26.1 and 11th Cir. R. 26.1-1, names of the trial judge, all attorneys, persons, association of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% of more of the party's stock and other identifiable legal entities related to a party in the case:

- Amodeo, Frank L.

- Antoon, Honorable Jon II  (Florida Middle District Court – Orlando Division)

- AQMI Strategy Corporation

- Balch & Bingham, LLP (named defendant and counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)

- Bates, Aaron Carter

- Bredahl, Christina (counsel for Robert O'Malley)

- Broad and Cassell, P.A.
- Campbell, John Russell
- Charpentier Law Firm (counsel for Michael C. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, P.A.)
- Charpentier, Stephen G. (counsel for Michael C. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, P.A.)
- Cho, Min K. (counsel for Robert W. Cuthill, Jr.)
- Christian Barton, LLP (counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)
- Chu, Terrence
- Cohen, Loren H. (counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad & Cassell, PA.)
- Cole, Scott & Kissane, PA (counsel for Robert O'Malley)
- Criser, Mark J. (counsel for Scott Shuker, Elizabeth Green, and Latham, Shuker, Eden & Beaudine, LLP)
- Curry, Edith
- Cuthill, Robert W. Jr.
- Estes, Allen McLean
- Goldberg, Scott M.
- Goldberg, Scott Marshall (counsel for Scott M. Goldberg)
- Green, Elizabeth
- Gregory, Geremy Walden (counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)

- Hart & Assoc., P.C. (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)
- Hart, Darren Marshall (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)
- Hetz, Jones & Goldberg, LLC (counsel for Scott M. Goldberg)
- Hill Ward Henderson, PA (counsel for Scott Shuker, Elizabeth Green, and Latham, Shuker, Eden & Beaudine, LLP)
- Holland & Knight, LLP (counsel for Robert W. Cuthill, Jr.)
- Jaiman, Jodi Donaldson
- Kaney & Olivari, P.L. (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)
- Kaney, Jonathan D. III (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)
- Kelly, Magistrate Judge Gregory J. (Florida Middle District Court- Orlando Division)
- Knapp, Richard J., PC (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)
- Knapp, Richard John (counsel for Palaxar Group, LLC and Palaxar Holdings, LLC)
- Kobert, Roy
- Lacy, David Brendan (counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)
- Langley, Eric
- Latham, Shuker, Eden & Beaudine, LLP
- Ligon Law Group (counsel for Shane Williams, Jay Stollenwerk and Jodi Donaldson Jaiman)
- Ligon, Shannon Alexis (counsel for Shane Williams, Jay Stollenwerk and Jodi Donaldson Jaiman)
- Maher Law Firm, PA
- Maher, Michael C.

- Mitrani, Isaac Jaime (counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad & Cassell, PA.)
- Mitrani, Rynor, Adamsky & Toland, PA (counsel for Roy Kobert, Todd Norman, Nicolette Vilmos, and Broad & Cassell, PA.)
- Mowka, Matthew Scott
- Nexia Strategy Corporation
- Norman, Todd
- O'Malley, Robert
- Palaxar Group, LLC, a Virginia Limited Liability Company
- Palaxar Holdings, LLC, a Virginia Limited Liability Company
- Reese, Lindsay
- Ruttinger, Patrick Ryan (counsel for Robert O'Malley)
- Sands, Kenton V. (counsel for Harrison T. Slaughter, Jr.)
- Sands, White & Sands, PA (counsel for Harrison T. Slaughter, Jr.)
- Shuker, Scott
- Slaughter, Harrison T., Jr.
- Smith, Michael W. (counsel for Allen McLean Estes, John Russell Campbell, Eric Langley, Lindsay Reese, and Balch & Bingham, LLP)
- Stollenwerk, Jay
- Vilmos, Nicolette
- Waggoner, Dennis Parker (counsel for Scott Shuker, Elizabeth Green, and Latham, Shuker, Eden & Beaudine, LLP)

- Whelan, Dennis J., PC (counsel for Michael D. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, PA)

- Whelan, Dennis Joseph III (counsel for Michael C. Maher, Matthew Scott Mowka, Aaron Carter Bates and Maher Law Firm, PA)

- Williams, Shane

- Wilson, William B. Esq. (counsel for Robert W. Cuthill, Jr.)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no other creditor' committee the 20 largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

KANEY & OLIVARI, P.L.

Jonathan D. Kaney III
Florida Bar Number: 23426
55 Seton Trail
Ormond Beach, FL 32176
Telephone: (386) 675-0691
Facsimile: (386) 672-7003
Email: jake@kaneyolivari.com
louise@kaneyolivari.com
randy@kaneyolivari.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the action, and I will provide notice, via first class mail, to:

Frank L. Amodeo (#48883-018)
FCC- Coleman Low, Unit B-3
P.O. Box 1031
Coleman, FL  33521-1031

_____
Jonathan D. Kaney III
Florida Bar Number 23426
Counsel for Palaxar